*Eleanor Eastman by her*
*Guardian Catharine M<sup>c</sup>Niff*
*and others Complainants*
*and*
*Joseph F Eastman and*
*Thomas Rowland defendants*

88    1827  *Eastman & al vs Eastman &*

Filed June 1. 1830

In Chancery

*Elenor Eastman*
*by her Guardian*
*and others v<sup>s</sup>* *Compl<sup>ts</sup>*
*Joseph F. Eastman*
*&* *Defd<sup>ts</sup>*
*Thomas Rowland*

To the honorable the Judges of the Supreme Court of the Territory of Michigan, In chancery sitting

I the subscriber one of the masters of this honorable Court, do report that I have looked into the further Answer of the Defendant and the exceptions taken by the Plaintiffs to said answer, and I am of opinion that the Pltffs cannot add to the exceptions first taken, the

1st Exception therefore is disallowed

2<sup>d</sup> The second exception is also disallowed on the same grounds as the first—

3<sup>d</sup> as to the third exception I am of opinion that the defendant has answered as fully as he could in the situation in which he is placed and under existing circumstances

all which is respectfully submitted
ROBERT ABBOTT
Master in Chancery

Detroit 1: June 1830
fees— $1.—